

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00053-CR

EX PARTE DEQUAVIOUS EUGENE SANDERSON

§ On Appeal from the 89th District Court

§ of Wichita County (61176 C-1-2)

§ July 8, 2021

§ Memorandum Opinion by Justice Kerr

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Elizabeth Kerr
      Justice Elizabeth Kerr